IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL ORTIZ, *et al.* | ) | |
| | ) | 04 C 7423 |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Judge Grady |
| | ) | |
| CITY OF CHICAGO, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF FILING

TO: Sara Ellis
Jonathan Clark Green
City of Chicago, Law Department
Commercial and Policy Litigation Division
30 N. LaSalle Street
Chicago, IL 60602

Please take notice that on May 24, 2006 I electronically filed by ECF the attached Plaintiff's Fourth Amended Complaint with the U.S. District Court for the Northern District of Illinois at 219 South Dearborn, Chicago, Illinois.

S/Mark Reyes
Attorneys for Plaintiff
Arthur Loevy
Mark Reyes
ARDC No. 06209841
LOEVY & LOEVY
312 North May Street
Suite 100
Chicago, IL 60607
(312) 243-5900
(312) 243-5902 (fax)
loevyreyes@aol.com

### CERTIFICATE OF SERVICE

I, Mark Reyes, an attorney, certify that on May 24, 2006, I served this document by ECF electronic filing as to each party who is represented by counsel who uses electronic filing and by facsimile to all other counsel.

S/Mark Reyes