# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL ORTIZ, SHANNON GUZMAN, and APRIL ORTIZ, on her own behalf and as Administrator for THE ESTATE OF MAY MOLINA, Deceased, | ) ) ) ) ) ) | Case No. 04 C 7423 |
| Plaintiffs, | ) ) | Hon. John F. Grady |
| v. | ) ) | United States District Court Judge |
| CITY OF CHICAGO, CHICAGO POLICE OFFICERS AVIS JAMISON, MARTHA GOMEZ, J. NELSON, M. RAMIREZ, DEBRA HOLMES, C. CONNOLLY, NICK SPENCER, DIANE YOST, BEVERLY GILCHRIST, RICHARD HALJEAN, THOMAS GAYNOR, R. BAEZA, NARI ISAKSON, G. ESPINOSA, STEPHEN NASSER, DEJESUS, FABIAN SALDANA, ROBERT STATSCH, NICK SPENCER, CATHERINE ZIEMBA, JOSE TORRES, GIORANGO, ARTHURINIE PRYOR, PATRICK McKENNA, THOMAS BECKER, WILLIAM WALLACE, VINCENT DEFRANCO and AS-YET UNKNOWN CHICAGO POLICE OFFICERS, and DETENTION AIDES E. NICHOLS and TAMARA LEMON-REDMOND | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Hon. Arlander Keys United States Magistrate Judge |
| Defendants. | ) | |

## DEFENDANTS MOTION FOR LEAVE TO FILE *INSTANTER* A BRIEF IN EXCESS OF FIFTEEN PAGES

Defendants Thomas Gaynor, Raul Baeza, Jr., Nari Isakson , Gilberto Espinosa, Stephen Nasser, Jose M. DeJesus, Robert Stasch, Richard Haljean, Fabian A. Saldana, Nick Spencer, Avis Jamison, Martha Gomez, Maya Ramirez, Elpecry Nichols, Tamara Lemon-Redmond, Debra Holmes, Carol Connolly, Diane Yost, Beverly Gilchrist, Catherine Ziemba, Jose Torres, Joseph Giorango, Arthurine Pryor, Thomas Becker, William Wallace, Vincent Defranco (collectively the "Individual Defendants") and the

City of Chicago (collectively the "Defendants"), by its undersigned counsel, hereby move, for leave to file *instanter* its Memorandum of Defendants' in Support of Their Motion for Summary Judgment filed concurrently herewith ("Memorandum") which exceeds 15 pages. In support of its Motion, Defendants state:

1. Local Rule 7.1 provides that no brief submitted to the Court "shall exceed fifteen pages without prior approval of the court."

2. Defendants state that their Memorandum pertains to twenty-seven different Defendants.

3. Defendants state that a careful and thorough substantive analysis is required with respect to the number and types of issues raised by Plaintiffs that are extremely factually specific.

4. Despite counsel's diligent efforts, in order to fully inform this Court of the many arguments supporting its Memorandum, and to properly brief each Individual Defendants' arguments fully, Defendants' reply is 25 pages in length. A copy of the Memorandum is attached hereto as Exhibit A.

5. This is Defendants' first motion requesting this type of relief.

WHEREFORE, Defendants request that the Court enter an Order granting Defendants leave to file their Memorandum of Law in Support of Their Motion for Summary Judgment under Federal Rule of Civil Procedure 56 in excess of fifteen pages, and granting such other and further relief as the Court deems appropriate.

Dated: January 11, 2008         ALL DEFENDANTS

                                       By:    /s/ John F. Gibbons
                                                   One of Their Attorneys

John F. Gibbons (Attorney No. 6190493)
Tiffany S. Fordyce (Attorney No. 235063)
Tanisha R. Jones (Attorney No. 6283173)
GREENBERG TRAURIG LLP
77 West Wacker Drive
Suite 2500
Chicago, Illinois 60601
(312) 456-8400
*Attorneys for Defendants*