Apr 29 2008 3:25PM    LOEVY & LOEVY                3122435902              p.1

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| APRIL ORTIZ, on her own behalf and as administrator of the ESTATE OF MAY MOLINA, *et al.*, | ) ) ) ) | 04 C 7423 |
| Plaintiffs, | ) ) | |
| v. | ) ) | Judge Grady |
| CITY OF CHICAGO, *et al.* | ) ) | |
| Defendants. | ) | Jury Trial Demanded |

### AFFIDAVIT OF DIANE RICE

I, Diane Rice, under penalties of perjury as provided by law, depose and state as follows:

1. I am over 18 years of age and my date of birth is January 24, 1966.

2. On June 3, 2004, I gave the attached statement marked as Exhibit A to the police.

3. The attached statement is about when I was held at the Chicago Police Department Belmont and Western women's lockup on May 24-25, 2004.

4. All information in the attached statement about what happened to the Hispanic woman in the cell next to mine is true and accurate.

5. If called to testify in this matter, I would testify consistently with the facts and opinions in the attached statement.

_Diane Rice_
Diane Rice

5-7-08

OFFICIAL SEAL
MORTIMER SMITH
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:03/28/11


EXHIBIT A

05/08/2008 14:26  3123526918       DEPAUL LEGAL CLINIC       PAGE 01/01

OFFICE OF PROFESSIONAL STANDARDS  
CHICAGO POLICE DEPARTMENT  
Citizen Interview Report  
__ Complainant __ Victim ✓ Witness (check one)

Date 03 JUNE 04  
CR / U / EO# 298208  
__ Telephone __ In-Person

| | | |
|---|---|---|
| Name of Person Interviewed | SS#/Form of ID | Sex Race Date of Birth |
| DIANE RICE | 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 | F B 24 JAN 66 |
| Address | Telephone No. | Work or Other Contact No. |
| 8641 S. Paulina | 773/298-8701 | |
| Location of Incident | Date of Incident | Time of Incident |
| 019th Dist. Lockup | 25/24 May 04 | |
| Location of Interview | | Time of Interview |
| CUDOC | | 1300 HRS. |

Investigator  
Schwertfeger, #264

Other Person(s) present

The following is in essence but not verbatim a summary statement taken of the above named person relative to allegation(s) of misconduct by a Chicago Police Department member.

On March 24, 2004, I was arrested and taken to the 019th District Lockup. That was approximately 3 or 4 pm. When I entered the lockup, they gave me food and I slept more or less the entire time I was there until 7:30 am on 25 March 04. While I tried to sleep, I heard a woman, who I later learned who I could not see yelling for a wheelchair. I heard female voices yell back that she could not have a wheelchair. The woman asked for a wheelchair several times

D.R.

Ortiz, 04 C 7423  
IPI. 00302  
CONFIDENTIAL  
PROTECTIVE ORDER  
ENTERED 04 C 7423  
CR#: 298208  
ATT#: 58

OFFICE OF PROFESSIONAL STANDARDS
Statement of Diane Rice
Page 2 of 3
CR/U/EO 298208

I never heard the woman request medication, but I heard her yell out that she needed to see a doctor. I heard a female voice respond, "M'arm, we asked you when you came in if you needed a doctor and you said "No." The officers never took the woman out of her cell. I heard the woman ask for a doctor in the early morning hours, perhaps 2 or 3 am. I do not know which officer was speaking to her because I could not see her.

During the time I was locked up at the 019th District lockup personnel I only remember checking on me at the shift changes. I do not believe lockup personnel checked on us at regular intervals, but I was sleeping and could have missed them. However, I don't think I would have slept through them checking on me every 15 minutes.

I was in the cell directly next to the woman who wanted the

D.R.

Ortiz, 04 C 7423
TDY 00303
CONFIDENTIAL
PROTECTIVE ORDER
ENTERED 04 C 7423
CR#: 298208

| OFFICE OF PROFESSIONAL STANDARDS | Page 3 of 3 |
|---|---|
| Statement of Diane Rice | CR/U/EO 298708 |

wheelchair, but did not speak to her.

At approximately 0730 hrs on March 25, 2004, I was released & taken from the lockup to go to court. As I walked out, I observed a walker in front of the women's cell and I observed the woman standing near the bench in her cell.

The woman who requested the wheelchair was a female Hispanic 5'2" - 5'3" & heavy.

After having read this summary of 3 pages and being given the opportunity to make corrections, I find it to be true and accurate.

*[signatures]*
Diane Rice

Ortiz, 04 C 7423
IDL 00304

CONFIDENTIAL
PROTECTIVE ORDER
ENTERED 04 C 7423

CR # 298708
Att: 58