

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| APRIL ORTIZ, as Administrator for the ESTATES of MAY MOLINA and MICHAEL ORTIZ, Deceased, and SHANNON GUZMAN, </br></br>Plaintiffs,</br></br>v.</br></br>CITY OF CHICAGO, CHICAGO POLICE OFFICERS AVIS JAMISON, MARTHA GOMEZ, M. RAMIREZ, DEBRA HOLMES, NICK SPENCER, DIANE YOST, BEVERLY GILCHRIST, RICHARD HALJEAN, THOMAS GAYNOR, R. BAEZA, NARI ISAKSON, G. ESPINOSA, STEPHEN NASSER, DEJESUS, FABIAN SALDANA, ROBERT STASCH, CATHERINE ZIEMBA, JOSE TORRES, JOSEPH GIORANGO, ARTHURINE PRYOR, PATRICK McKENNA, THOMAS BECKER, WILLIAM WALLACE, VINCENT DEFRANCO, DETENTION AID TAMARA LEMON-REDMOND,</br></br>Defendants | Case No. 04 C 7423</br></br></br>HON. JOHN F. GRADY,</br>Judge Presiding</br></br></br>HON. ARLANDER KEYS,</br>Magistrate Judge |

## JUDGMENT ORDER

**WHEREAS,** the Court previously granted summary judgment in favor of all Individual Defendants on Counts I, II, VII, and VIII, and in favor of the City of Chicago on Count XIV (only to the extent that Count XIV would apply to Counts I, II, VII, and VIII) of Plaintiffs' Fifth Amended Complaint; and dismissed, with prejudice, Counts I, II, VII, and VIII, as well as Count XIV to the extent that Count XIV would apply to Counts I, II, VII, and VIII, in its May 13, 2008 Order and Memorandum Opinion (DN 299, 300); and

**WHEREAS,** all Individual Defendants filed Motions for Summary Judgment with this Court on August 15, 2008 relating to the remaining counts of Plaintiffs' Fifth Amended

Complaint (DN 313, Ten Defendants' Motion for Summary Judgment, and DN 316, Fifteen Defendants' Motion for Summary Judgment); and

**WHEREAS**, prior to the Court's Order on the pending Motions for Summary Judgment, the Court ordered Plaintiffs to state which additional defendants and claims may be granted summary judgment without objection (DN 394, 397); and

**WHEREAS**, the parties, through their counsel, agree that summary judgment is not contested for the following Defendants, and that dismissal with prejudice is proper for the following Defendants and on the following Counts of the Fifth Amended Complaint:

**WHEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

(1) Plaintiffs' Count XV is only pled in regard to Defendant City of Chicago and is not pled against the Individual Defendants. Thus, to the extent the Individual Defendants themselves requested relief on Count XV, those portions of the Motions for Summary Judgment are denied as moot;

(2) Summary Judgment is granted and Plaintiffs' claims are dismissed with prejudice for Defendants AVIS JAMISON, MARTHA GOMEZ, MAJA RAMIREZ, DEBRA HOLMES, DIANE YOST, BEVERLY GILCHRIST, JOSE TORRES, JOSEPH GIORANGO, ARTHURINE PRYOR, THOMAS BECKER, WILLIAM WALLACE, VINCENT DEFRANCO, PATRICK MCKENNA, THOMAS GAYNOR, RAUL BAEZA, JR., GILBERTO ESPINOSA, STEPHEN NASSER, ROBERT STASCH, and FABIAN SALDANA for all remaining Counts (Counts III, IV, V, VI, IX, X, XI, XII, and XIII);

(3) Summary Judgment is granted and Plaintiffs' claims are dismissed with prejudice for Defendants CATHERINE ZIEMBA and TAMARA LEMON-REDMOND for Counts IV, V, VI, IX, X, XI, XII, and XIII;

2

CHI 58,680,558v1

(4) Summary Judgment is granted and Plaintiffs' claims are dismissed with prejudice for Defendants NARI ISAKSON and JOSE M. DEJESUS for Counts IV, V, VI, IX, X, and XIII;

(5) Summary Judgment is granted and Plaintiffs' claims are dismissed with prejudice for Defendants NICK SPENCER and RICHARD HALJEAN for Counts IV, V, and IX; and

(6) Judgment is granted and all claims are dismissed with prejudice for CAROL CONNOLLY, JEFF NELSON, and ELPERCY NICHOLS because Plaintiffs have no pending claims against any of them in the Fifth Amended Complaint.

**THE COURT FINDS** that there is no just reason for delaying the enforcement of this Judgment Order.

Dated: October 13, 2009

Entered: _____
Judge John F. Grady

3

CHI 58,680,558v1