IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| APRIL ORTIZ, as Administrator of the Estate of May Molina, ) ) ) | |
| Plaintiff ) ) | No. 04 CV 7423 |
| v. ) ) | Judge John Grady |
| CITY OF CHICAGO, et al., ) ) | |
| Defendants. ) | |

## STIPULATION

Plaintiff, April Ortiz, as Administrator of the Estate of May Molina, and Defendant, City of Chicago, hereby agree and stipulate to the following with respect to Plaintiff's *Monell* claim against the Defendant City of Chicago:

1. The relevant time period for establishing a policy, practice or custom is May 24, 2000 through May 26, 2004.

2. There are approximately 1 million arrest reports (page 2 of which may contain information obtained from arrestees prior to entering lockup about their medical condition or medications) that cover the above-referenced time period.

3. There are 13,448 folders, each containing approximately 70 to 100 arrest reports, spanning the time period May 24, 2000 through May 26, 2004.

4. The parties agree that 370 total folders is a representative sample size for purposes of determining whether the Defendant City of Chicago had an inadequate policy, practice or custom in place during the time period May 24, 2000 to May 26, 2004. Neither side will contend that this number of folders is an insufficient sample size from which an expert may reach opinions regarding the total 13,448 folders.

5. Plaintiff has already reviewed 28 folders, and the Defendant City of Chicago agrees to allow Plaintiff to review an additional 342 folders. The parties agree that 370 total folders is a sufficient sample size for determining whether a practice, custom or policy existed for purposes of section 1983 municipal liability.

8-15-12

| | |
|---|---|
| /s/ Elizabeth Wang<br>Elizabeth Wang<br>One of the Attorneys for Plaintiff,<br>April Ortiz<br><br>Dated: August 15, 2012 | /s/ Tanisha R. Reed.<br>Tanisha R. Reed<br>One of the Attorneys for Defendant,<br>City of Chicago<br><br>Dated: August 15, 2012 |
| Arthur Loevy<br>Jon Loevy<br>Elizabeth Wang<br>LOEVY & LOEVY<br>312 N. May St., Ste. 100<br>Chicago, IL 60607<br>T: (312) 243-5900<br>F: (312) 243-5902 | John F. Gibbons (Attorney No. 6190493)<br>Tanisha R. Reed (Attorney No. 6283173)<br>Tiffany S. Fordyce (Attorney No. 235063)<br>*Special Assistant Corporation Counsel*<br>*to the City of Chicago, Dept. of Law*<br>GREENBERG TRAURIG, LLP<br>77 W. Wacker Drive, Suite 3100<br>Chicago, Illinois 60601<br>T: (312) 456-8400<br>F: (312) 456-8435 |

*8-15-12*