# United States District Court
## Northern District of Illinois
### Eastern Division

Ortiz, et al.　　　　　　　　　　　　　　　　**JUDGMENT IN A CIVIL CASE**

　　　　v.　　　　　　　　　　　　　　　　　Case Number: 04 C 7423

The City of Chicago, et al.　　　　　　　　　　Judge Grady

X　　Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

☐　　Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff, April Ortiz as Administrator of the Estate of May Molina, and against defendants Beverly Gilchrist, Diane Yost, Avis Jamison, Maja Ramirez, Martha Gomez, Debra Holmes, William Wallace, and the City of Chicago, jointly and severally (on Count I of the Fifth Amended Complaint as to the individual defendants and on Count II of the Fifth Amended Complaint as to the City of Chicago), in the amount of $1,000,000.00 (one million dollars). The court reserves jurisdiction to adjudicate the question of attorneys' fees.

　　　　　　　　　　　　　　　　　　　　　Thomas G. Bruton, Clerk of Court

Date: 11/4/2013　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　/s/ Carolyn D. Hoesly, Deputy Clerk