**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
ILLINOIS EASTERN DIVISION**

| | |
|---|---|
| APRIL ORTIZ, as Administrator for THE ESTATE OF MAY MOLINA, Deceased, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF CHICAGO, *et al.* <br><br> Defendants. | Case No. 04 C 7423 <br><br> Hon. John F. Grady <br> United States District Court Judge <br><br> Hon. Arlander Keys <br> United States Magistrate Judge |

**NOTICE OF MOTIONS**

TO:  Jonathan I. Loevy        And all other attorneys of Record,
     Anand Swaminathan        as listed in the ECF filing system
     Elizabeth Mazur
     Loevy & Loevy
     312 N. May St., Suite 100
     Chicago, Illinois 60607

**PLEASE TAKE NOTICE** that on December 11, 2013, at 11:00 a.m. or as soon thereafter as counsel may be heard, before the Honorable John F. Grady, or whomever shall be sitting in his stead, in Room 2201 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, 60604, we will then and there present the attached, **DEFENDANTS' MOTION FOR LEAVE TO FILE *INSTANTER* A BRIEF IN EXCESS OF FIFTEEN PAGES and DEFENDANT CITY OF CHICAGO'S MOTION FOR JUDGMENT AS A MATTER OF LAW AND ALL DEFENDANTS' MOTION FOR A NEW TRIAL.**

                                        Respectfully submitted,

Dated:  December 3, 2013                ALL DEFENDANTS


                                        By:    /s/ Tiffany S. Fordyce
                                               One of Their Attorneys

*CHI 64239757v3*

John F. Gibbons (Attorney No. 6190493)
Tiffany S. Fordyce (Attorney No. 235063)
Tanisha R. Reed (Attorney No. 6283173)
*Special Assistant Corporation Counsel
to the City of Chicago, Dept. of Law*
GREENBERG TRAURIG, LLP
77 W. Wacker Drive, Suite 3100
Chicago, Illinois 60601
T: (312) 456-8400
F: (312) 456-8435
gibbonsj@gtlaw.com
fordycet@gtlaw.com
reedt@gtlaw.com

*Attorneys for Defendants*

### CERTIFICATE OF SERVICE

I, Tiffany S. Fordyce, an attorney, hereby certify that I caused a true and correct copy of the attached **NOTICE OF MOTIONS** to be served by electronic transmission via ECF upon all counsel of record on this 3rd day of December 2013.

　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ *Tiffany S. Fordyce*