# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Michael Ortiz, et al.

                         Plaintiff,

v.                                              Case No.: 1:04−cv−07423
                                                Honorable John F. Grady

City of Chicago, et al.

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, December 18, 2013:

        MINUTE entry before the Honorable John F. Grady: The renewed Motion of
Defendant City of Chicago for Judgment as a Matter of Law pursuant to Rule 50(b) of the
Federal Rules of Civil Procedure [671] is denied. The Motion of all Defendants for a New
Trial pursuant to Rule 59(a) is also denied. Mailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at *www.ilnd.uscourts.gov*.