# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Michael Ortiz, et al.

                         Plaintiff,

v.                                              Case No.: 1:04−cv−07423
                                                Honorable John F. Grady

City of Chicago, et al.

                         Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 4, 2014:

     MINUTE entry before the Honorable John F. Grady: Plaintiff's motion for entry of order for attorneys' fees and costs and to vacate judgment against individual defendants [682] is granted. No appearance is necessary on February 5, 2014. The parties have informed the court that they have stipulated that $2,500,000.00 is a fair and reasonable amount of attorneys' fees and costs incurred by plaintiff's attorneys in this matter and that as a condition of the resolution of the attorneys' fees and costs, the judgment against the individual defendants shall be vacated. Therefore, it is hereby ordered: plaintiff agrees to accept, and defendant City of Chicago agrees to pay, two million five hundred thousand and 00/100 dollars ($2,500,000.00) in full satisfaction of attorneys' fees claimed pursuant to 42 U.S.C. § 1988 and costs. The judgment of one million dollars ($1,000,000.00) entered against defendants Beverly Gilchrist, Diane Yost, Avis Jamison, Maja Ramirez, Martha Gomez, Debra Holmes, and William Wallace is vacated. The judgment of one million dollars ($1,000,000.00) entered against the defendant City of Chicago stands. Mailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at **www.ilnd.uscourts.gov**.